UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

JOYCE A. BOND,

    Plaintiff,

v.                                              Case No: 5:13-cv-520-Oc-18PRL

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

## ORDER

THIS CAUSE comes for consideration on Plaintiff Joyce A. Bond's appeal of an administrative decision denying her application for disability insurance benefits. (Doc. 1.) The Court referred the case to U.S. Magistrate Judge Philip. R. Lammens. Judge Lammens entered a report and recommendation (Doc. 20) to which Bond filed an objection (Doc. 21). Having reviewed the Report and Recommendation and Bond's Objection, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. United States Magistrate Judge Philip R. Lammens's Report and Recommendation (Doc. 20) is **APPROVED** and **ADOPTED**.
2. The Commissioner's final decision in this case is **AFFIRMED**.
3. The Clerk of the Court is directed to **ENTER JUDGMENT** accordingly and **CLOSE** the case.

**DONE AND ORDERED** at Orlando, Florida, this _10_ day of March, 2015.

                                                  G. KENDALL SHARP
                                       SENIOR UNITED STATES DISTRICT JUDGE

Copies to: Counsel of Record